UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ED CARNEVALE,

    Plaintiff,                                      CASE NO. 8:11-cv-00743-JDW-AEP

v.

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, ED CARNEVALE, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                          RESPECTFULLY SUBMITTED,

                                          By: /s/ James Pacitti_____
                                               James Pacitti (FBN: 119768)
                                               Krohn & Moss, Ltd
                                               10474 Santa Monica Blvd, Suite 401
                                               Los Angeles, CA 90025
                                               Phone: (323) 988-2400 x 230
                                               Fax: (866) 385-1408
                                               jpacitti@consumerlawcenter.com
                                               Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was mailed to Steve Zahn, Attorney for Defendant, at the mailing address below via the USPS.

Steve Zahn
Litigation Counsel
Portfolio Recovery Associates, LLC
140 Corporate Blvd
Norfolk, VA 23510

/s/ James Pacitti
James Pacitti
Attorney for Plaintiff