UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ED CARNEVALE,

     Plaintiff,

vs.                                    Case No. 8:11-CV-743-T-27AEP

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

     Defendant.

_____/

## ORDER

Plaintiff has advised the Court that this action has been settled (Dkt. 5). Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., this cause is **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown.* After that sixty (60) day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 20ᵗʰ day of June, 2011.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record